AOFORM,CLOSED,MDL,TRIAL–LINCOLN

# U.S. District Court
## District of Nebraska (4 Lincoln)
## CIVIL DOCKET FOR CASE #: 4:26–cv–03171–SMB–JMD

| | |
|---|---|
| ABC IP, LLC et al v. HD Arms, LLC | Date Filed: 06/11/2026 |
| Assigned to: Judge Susan M. Bazis | Date Terminated: 07/23/2026 |
| Referred to: Magistrate Judge Jacqueline M. DeLuca | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**ABC IP, LLC**
*a Delaware limited liability company*

represented by **Benjamin J. Christoff**
FISH, RICHARDSON LAW FIRM –
WASHINGTON
1000 Maine Avenue SW
Suite 1000
Washington, DC 20024
202–783–5070
Email: christoff@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl E. Bruce**
FISH, RICHARDSON LAW FIRM – DALLAS
1717 Main Street
Suite 5000
Dallas, TX 75201
214–757–5070
Email: bruce@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Decker A. Cammack**
WHITAKER, CHALK LAW FIRM
301 Commerce Street
Suite 3500
Fort Worth, TX 76102
817–878–0588
Fax: 817–878–0502
Email: dcammack@whitakerchalk.com
*ATTORNEY TO BE NOTICED*

**Glenn D. Bellamy**
WOOD, HERRON LAW FIRM – CINCINNATI
600 Vine Street
Suite 2800
Cincinnati, OH 45202
513–241–2324
Fax: 513–241–6234
Email: gbellamy@whe–law.com
*ATTORNEY TO BE NOTICED*

**Jorge Miguel Hernandez**
WHITAKER, CHALK LAW FIRM
301 Commerce Street
Suite 3500
Fort Worth, TX 76102
817−878−0588
Fax: 817−878−0502
Email: mhernandez@whitakerchalk.com
*ATTORNEY TO BE NOTICED*

**Matthew A. Colvin**
FISH, RICHARDSON LAW FIRM – DALLAS
1717 Main Street
Suite 5000
Dallas, TX 75201
214−747−5070
Fax: 214−747−2091
Email: colvin@fr.com
*ATTORNEY TO BE NOTICED*

**Thomas Q. Swanson**
HILGERS LAW FIRM
1320 Lincoln Mall
Suite 200
Lincoln, NE 68508
402−395−4469
Email: tswanson@hilgerslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rare Breed Triggers, Inc.**                      represented by   **Benjamin J. Christoff**
*a Texas corporation*                                               (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Carl E. Bruce**
                                                                    (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Decker A. Cammack**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Glenn D. Bellamy**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Jorge Miguel Hernandez**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Matthew A. Colvin**
                                                                    (See above for address)

*ATTORNEY TO BE NOTICED*

**Thomas Q. Swanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HD Arms, LLC**
*a limited liability company*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2026 | Ï 1 | COMPLAINT with jury demand *for Patent Infringement* against HD Arms, LLC ( Filing fee $ 405, receipt number ANEDC–5579440), by Attorney Thomas Q. Swanson on behalf of ABC IP, LLC, Rare Breed Triggers, Inc. (Attachments: <br> # 1 Exhibit A – U.S. Patent 12,038,247, <br> # 2 Exhibit B – U.S. Patent 12,031,784, <br> # 3 Exhibit C – U.S. Patent 12,578,159, <br> # 4 Exhibit D – U.S. Patent 12,636,403)(Swanson, Thomas) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 2 | Summons Requested as to HD Arms, LLC regarding Complaint, 1 . (Swanson, Thomas) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 3 | TEXT NOTICE OF JUDGES ASSIGNED: Judge Susan M. Bazis and Magistrate Judge Jacqueline M. DeLuca assigned. In accordance with 28 U.S.C. 636(c)(2), the parties are notified that, if all parties consent, a magistrate judge may conduct a civil action or proceeding, including a jury or nonjury trial, subject to the courts rules and policies governing the assignment of judges in civil cases. See Fed. R. Civ. P. 73; NEGenR 1.4. (GR) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 4 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff ABC IP, LLC. Pursuant to Fed. R. Civ. P. 7.1, non–governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(GR) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 5 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Rare Breed Triggers, Inc.. Pursuant to Fed. R. Civ. P. 7.1, non–governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(GR) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 6 | ATTORNEY LETTER by Clerk that Attorney Glenn D. Bellamy has not registered for admittance to practice. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (GR) (Entered: 06/11/2026) |

| 06/11/2026 | Ï 7 | ATTORNEY LETTER by Clerk that Attorney Matthew A. Colvin has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (GR) (Entered: 06/11/2026) |
|---|---|---|
| 06/11/2026 | Ï 8 | ATTORNEY LETTER by Clerk that Attorney Carl E. Bruce has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (GR) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 9 | ATTORNEY LETTER by Clerk that Attorney Benjamin J. Christoff has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (GR) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 10 | ATTORNEY LETTER by Clerk that Attorney Decker A. Cammack has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (GR) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 11 | *STRICKEN* ATTORNEY LETTER by Clerk that Attorney Miguel Hernandez has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (GR) Modified on 6/12/2026 to strike per Strike Order 15 (LKO). (Entered: 06/11/2026) |
| 06/11/2026 | Ï 12 | REPORT on the filing of an action regarding a patent. Complaint filed on 6/11/2026. Notification sent to the U.S. Patent Office. (Attachments: # 1 Complaint) (GR) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 13 | Summons Issued as to defendant HD Arms, LLC. YOU MUST PRINT YOUR ISSUED SUMMONS, WHICH ARE ATTACHED TO THIS DOCUMENT. PAPER COPIES WILL NOT BE MAILED. (GR) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 14 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Other Affiliate Leleux, LLC, Other Affiliate LAD, LLC, Other Affiliate AN 1861, LLC for ABC IP, LLC. by Attorney Thomas Q. Swanson on behalf of Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc., Leleux, LLC, LAD, LLC, AN 1861, LLC.(Swanson, Thomas) (Entered: 06/11/2026) |
| 06/12/2026 | Ï 15 | TEXT STRIKE ORDER that Pursuant to NEGenR 1.3(a)(4), the Attorney Letter, 11 for Miguel Hernandez is stricken for the following reason(s): Document filed in error. Attorney is registered under Jorge Miguel Hernandez and has been admitted since 8/30/2022. Ordered by Deputy Clerk. (LKO) (Entered: 06/12/2026) |
| 06/23/2026 | Ï 16 | NOTICE of Appearance by Attorney Jorge Miguel Hernandez on behalf of Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc. (Hernandez, Jorge) (Entered: 06/23/2026) |
| 06/24/2026 | Ï 17 | NOTICE of Appearance by Attorney Glenn D. Bellamy on behalf of Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc. (Bellamy, Glenn) (Entered: 06/24/2026) |
| 06/25/2026 | Ï 18 | NOTICE of Appearance by Attorney Decker A. Cammack on behalf of Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc. (Cammack, Decker) (Entered: 06/25/2026) |
| 06/26/2026 | Ï 19 | SUMMONS Returned Executed upon defendant HD Arms, LLC on 6/22/2026. (Cammack, Decker) (Entered: 06/26/2026) |
| 06/26/2026 | Ï 20 | MOTION for Admission Pro Hac Vice *of Carl E. Bruce* Filing fee $ 100, receipt number ANEDC–5589709 by Attorney Carl E. Bruce on behalf of Plaintiffs ABC IP, LLC, Rare Breed |

| | | |
|---|---|---|
| | | Triggers, Inc..(Bruce, Carl) (Entered: 06/26/2026) |
| 06/26/2026 | 21 | MOTION for Admission Pro Hac Vice *of Benjamin J. Christoff* Filing fee $ 100, receipt number ANEDC–5589732 by Attorney Benjamin J. Christoff on behalf of Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc..(Christoff, Benjamin) (Entered: 06/26/2026) |
| 06/26/2026 | 22 | MOTION for Admission Pro Hac Vice *of Matthew A. Colvin* Filing fee $ 100, receipt number ANEDC–5589760 by Attorney Matt Colvin on behalf of Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc..(Colvin, Matt) (Entered: 06/26/2026) |
| 06/29/2026 | 23 | TEXT ORDER granting Motion for Admission Pro Hac Vice 20 for attorney Carl E. Bruce. Ordered by Deputy Clerk. (LKO) (Entered: 06/29/2026) |
| 06/29/2026 | 24 | TEXT ORDER granting Motion for Admission Pro Hac Vice 21 for attorney Benjamin J. Christoff. Ordered by Deputy Clerk. (LKO) (Entered: 06/29/2026) |
| 06/29/2026 | 25 | TEXT ORDER granting Motion for Admission Pro Hac Vice 22 for attorney Matthew A. Colvin. Ordered by Deputy Clerk. (LKO) (Entered: 06/29/2026) |
| 07/13/2026 | 26 | NOTICE of *MULTIDISTRICT LITIGATION FILING* by Attorney Matthew A. Colvin on behalf of Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc. (Attachments: <br># 1 Attachment – Part 1 – Mot to Transfer and Resp, <br># 2 Attachment – Part 2 – Mot to Transfer and Resp, <br># 3 Attachment – Part 3 – Mot to Transfer and Resp, <br># 4 Attachment – Part 4 – Partisan Resp, <br># 5 Attachment – Part 5 – TO–1, <br># 6 Attachment – Part 6 – CTO, <br># 7 Attachment – Part 7 – TO–2, <br># 8 Attachment – Part 8 – NOTA)(Colvin, Matthew) (Entered: 07/13/2026) |
| 07/22/2026 | 27 | COPY OF CONDITIONAL TRANSFER ORDER from the Multidistrict Litigation Panel. Clerk to wait for certified copy of order to transfer the file to USDC–Eastern District of Texas, Docket No. 3176. Ordered by Unassigned Judge. (LRM) (Entered: 07/22/2026) |
| 07/23/2026 | 28 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER. Case is transferred to USDC – Eastern District of Texas, Docket No. 3176.Ordered by Unassigned Judge. (LRM) (Entered: 07/23/2026) |